AO 442 (Rev. 11/14) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.

Arthur D Fayne (aka Murloo Bey)

*Defendant*

Case No.  CR-17-01075-PHX-DGC-2

OCT 10 2017

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Arthur D Fayne (aka Murloo Bey)                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

21:846 - Conspiracy to Possess with Intent to Distribute Controlled Substances
21:841(a)(1) and 841(b)(1)(D) and 18:2 - Possession with Intent to Distribute Controlled Substances
21:841(a)(1) and 841(b)(1)(D), and 18:2 - Possession with Intent to Distribute Controlled Substances
18:1956(h) - Conspiracy to Commit Money Laundering

Date:  08/09/2017

*Issuing officer's signature*

City and state:   Phoenix, AZ

Rebecca E Kobza - Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  8/9/2017 , and the person was arrested on *(date)*  9/26/2017
at *(city and state)*  Aurora, OH                          .

Date:  10/4/2017

*Arresting officer's signature*
arrested by ICE

*Printed name and title*