ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ABBIE BROUGHTON MARSH
California State Bar No. 226680
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: abbie.broughton.marsh@usdoj.gov
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR- 17-01075-02-PHX-DGC |
| Plaintiff, | |
| vs. | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| 2.  Arthur DeAngelo Fayne, | |
| Defendant. | |

The United States agrees with the calculations in the Presentence Investigation Report for defendant Fayne. (Doc. 166.) The Probation Office recommends that the Court sentence defendant to 27 months' imprisonment followed by three years of supervised release.   The United States agrees with that recommendation.   Defendant Fayne was involved in the distribution of marijuana and laundering the proceeds of the sale of narcotics.  Defendant Fayne, while not the primary leader in this conspiracy, was a manager or supervisor.  He arranged travel to Arizona to obtain marijuana and mailed it to Ohio to facilitate distribution there.  He used another individual to make wire transfers from Ohio for payment for the drugs.  Based on his role in the offense, his lack of prior criminal history, and his successful performance on pretrial release, the United States agrees that a term at the low end of the applicable guideline range is an adequate sentence to deter future criminal conduct and meet the goals of 18 U.S.C. 3553.

1    For the foregoing reasons, the United States respectfully requests a sentence of 27

2    months' imprisonment followed by a three year term of supervised release.

3    Respectfully submitted this 27th day of February, 2019.

4                                                ELIZABETH A. STRANGE
5                                                Acting United States Attorney
                                                 District of Arizona
6
                                                  _S/ Abbie Broughton Marsh_____
7                                                ABBIE BROUGHTON MARSH
                                                 Assistant U.S. Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                                    **CERTIFICATE OF SERVICE**

3           I hereby certify that on this 27th day of February 2019, I electronically transmitted

4    the attached document to the Clerk's Office using the CM/ECF System for filing and

5    transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

6

7           David Dudley

8    By:    *S/ Abbie Broughton Marsh*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28