*LAW OFFICES OF MICHAEL J. BRESNEHAN, P.C.*
Michael J. Bresnehan, Esquire
1761 E. McNair Drive, Ste. 101
Tempe, Arizona 85283-5002
(480) 345-7032
State Bar No.: 009415
mbresnehan@hotmail.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Arthur DeAngelo Fayne, <br><br> Defendant. | No: 2:17-cr-01075-DGC-2 <br><br> SUPPLEMENTAL AUTHORITY SUPPORTING DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i) (COMPASSIONATE RELEASE) |

COMES NOW the defendant, Arthur DeAngelo Fayne, by and through the undersigned attorney, and hereby submits additional legal authority supporting his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release, all as set forth in the accompanying memorandum of points and authorities.

RESPECTFULLY SUBMITTED this 4th day of November, 2020, by

*MICHAEL J. BRESNEHAN, P.C.*

s/ Michael J. Bresnehan
Attorney for Defendant

1

MEMORANDUM OF POINTS AND AUTHORITIES

The CDC has identified asthma as a comorbidity that increases the likelihood of serious complications from COVID-19. See Interim Clinical Guidance for Management of Patients with Confirmed Coronavirus Disease, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/hcp/clinical-guidance-management-patients.html.

The following are additional cases where early compassionate relief was based, at least in part, on the defendant suffering from asthma:

*United States v. Schneider*, No. 3:14-cr-30036-SEM-TSH-1, 2020 WL 2556354 (C.D. Ill. May 20, 2020; *United States v. Doshi*, No. 2:13-cr-20349-AJT-IJM-1, 2020 WL 2556794 (E.D. Mich. May 20, 2020); *United States v. Bright*, No. 2:15-cr-00015-JPJ-PMS-5, 2020 WL 2537508 (W.D. Va. May 19, 2020); *United States v. Schafer*, No. 6:18-cr-06152-EAW-1, 2020 WL 2519726 (W.D. N.Y. May 18, 2020); *United States v. Lee*, No. 19-cr-00419-SI-1, 2020 WL 2512415 (N.D. Cal. May 15, 2020); *United States v. Brooks*, No. 07-cr-20047-JES-DGB, 2020 WL 2509107 (C.D. Ill. May 15, 2020); *United States v. Young*, No. CR 4:16-40036-TSH, 2020 WL 2514673 (D. Mass. May 15, 2020); *United States v. Ennis*, No. 3:02-cr-01430-PRM-1, 2020 WL 2513109 (W.D. Tex. May 14, 2020); *United States v. Cassidy*, No. 1:17-cr-00116-WMS-MJR, 2020 WL 2465078 (W.D. N.Y. May 13, 2020); *United States v. Hunt*, No. 2:18-cr-20037-DPH-DRG, 2020 WL 2395222 (E.D. Mich. May 12, 2020); *United States v. Simpson*, No. 3:11-cr-00832-SI-3, 2020 WL 2323055 (N.D. Cal. May 11, 2020); *United States v. Amarrah*, No. 5:17-cr-20464-JEL-EAS-1, 2020 WL 2220008

(E.D. Mich. May 7, 2020); *United States v. Echevarria*, No. 3:17-cr-00044-MPS-1, 2020 WL 2113604 (D. Conn. May 4, 2020); *United States v. Ardila*, No. 3:03-cr-00264-SRU-1, 2020 WL 2097736 (D. Conn. May 1, 2020); *United States v. Brown*, No. 4:05-cr-00227-RP-CFB-1, 2020 WL 2091802 (S.D. Iowa Apr. 29, 2020); *United States v. Bertrand*, No. 3:00-cr-00012-LC-1, 2020 WL 2179387 (N.D. Fla. Apr. 29, 2020); *United States v. Harper*, No. 7:18-cr-00025-EKD-JCH-1, 2020 WL 2046381 (W.D. Va. Apr. 28, 2020); *United States v. Handy*, No. 8:04-cr-00559-PJM-7, 2020 WL 2041666 (D. Md. Apr. 28, 2020); *United States v. Gorai*, No. 2:18-cr-00220-JCM-CWH-1, 2020 WL 1975372 (D. Nev. Apr. 24, 2020); *United States v. Park*, No. 1:16-cr-00473-RA-1, 2020 WL 1970603 (S.D. N.Y. Apr. 24, 2020); United States v. Williams, No. 3:17-cr-121-(VAB)-1, 2020 WL 1974372 (D. Conn. Apr. 24, 2020); *United States v. Tillman*, No. 1:07-cr-00197-PLM-1, 2020 WL 1950835 (W.D. Mich. Apr. 23, 2020); *United States v. Suarez*, No. 1:18-cr-20175-MGC-1, Dkt. No. 180 (S.D. Fla. Apr. 20, 2020); *United States v. Gileno*, No. 3:19-cr-161-(VAB)-1, 2020 WL 1904666 (D. Conn. Apr. 17, 2020); *United States v. Samy*, No. 2:16-cr-20610-AJT-DRG-1, 2020 WL 1888842 (E.D. Mich. Apr. 16, 2020); *United States v. Wen*, No. 6:17-cr-06173 EAW, 2020 WL 1845104 (W.D. N.Y. Apr. 13, 2020); *United States v. Smith*, No. 1:12-cr-00133-JFK-1, 2020 WL 1849748 (S.D. N.Y. Apr. 13, 2020); *United States v. Ben-Yhwh*, No. CR 15-00830 LEK, 2020 WL 1874125 (D. Haw. Apr. 13, 2020); *United States v. Burrill*, No. 17-cr-00491-RS-2, 2e (N.D. Cal. Apr. 10, 2020); *United States v. Tran*, No. 8:08-cr-00197-DOC-1, 2020 WL 1820520 (C.D. Cal. Apr. 10, 2020); *United States v. McCarthy*, No. 3:17-cr-00230-JCH-1, 2020

WL 1698732 (D. Conn. Apr. 8, 2020); *United States v. Ghorbani*, No. 18-cr-255-PLF (D.D.C. Apr. 3, 2020); *United States v. Hernandez*, No. 1:18-cr-00834-PAE-4, 2020 WL 1684062 (S.D. N.Y. Apr. 2, 2020); *United States v. Powell*, No. 1:94-cr-316-ESH, 2020 WL 1698194 (D.D.C. Mar. 28, 2020); *United States v. Bertrand*, No. 3:00CR12/LAC, 2020 WL 2179387, at *1 (N.D. Fla. Apr. 29, 2020)("Defendant states that he is 71 years old and shows that he suffers or suffered from multiple, serious health conditions, including prostate cancer, a pulmonary embolism, diabetes with two related eye surgeries, chronic kidney disease, asthma and hypertension.")

RESPECTFULLY SUBMITTED this 4th day of November, 2020, by

**MICHAEL J. BRESNEHAN, P.C.**

s/ Michael J. Bresnehan
Attorney for Defendant

# CERTIFICATE OF SERVICE

X  I hereby certify that on November 4, 2020, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Honorable David G. Campbell
Magistrate Judge

Abbie Broughton Marsh
U.S. Attorneys Office


X  I hereby certify that on November 4, 2020, I served the attached document by Mail on the following, who is not a registered participant of the ECF System:

Arthur DeAngelo Fayne
Defendant



s/ Michael J. Bresnehan